

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

William R. and Susan M. Knoderer,
Appellants

No. 06-16-00009-CV       v.

State Farm Lloyds, Penni Perkins, and Tom
Roberts, Appellees

Appeal from the 354th District Court of Hunt County, Texas (Tr. Ct. No. 74,037). Opinion delivered by Justice Moseley, Chief Justice Morriss and Justice Burgess participating.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the trial court's judgment to delete the award of attorney fees to State Farm under Section 541.153 of the Texas Insurance Code. As modified, the judgment of the trial court is affirmed.

We further order that the appellants, William R. and Susan M. Knoderer, pay all costs of this appeal.

RENDERED JANUARY 13, 2017
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk